UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORAN PETERSON,
             Plaintiff,

                                            No. 1:09-cv-225
-v-
                                            HONORABLE PAUL L. MALONEY
RICHARD JOHNSON, ET AL.,
             Defendants.

## JUDGMENT

Having granted Defendant Johnson's and Defendant Lindy's motions for summary judgment

and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in

favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   April 28, 2011                        /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge